A96A2412. WOODS et al. v. DEPARTMENT OF
TRANSPORTATION.
(498 SE2d 371)

BEASLEY, Judge.

In *Woods v. Dept. of Transp.*, 225 Ga. App. 29 (482 SE2d 396) (1997), we reversed the trial court's denial of Woods' motion for attorney fees under OCGA § 9-15-14 and remanded for reconsideration.

The Supreme Court granted certiorari and reversed our decision in *Dept. of Transp. v. Woods*, 269 Ga. 53 (494 SE2d 507) (1998). Accordingly, our judgment in this case is vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed. Birdsong, P. J., and Blackburn, J., concur.*

DECIDED FEBRUARY 25, 1998.

*Vinson, Talley, Richardson & Cable, James G. Richardson, Michael R. Wing*, for appellants.

*Thurbert E. Baker, Attorney General, George P. Shingler, Daniel M. Formby, Deputy Attorneys General, Charles A. Evans*, for appellee.